868

No. 92–153.  MAIO *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 92–156.  SCHOLAR *v.* PACIFIC BELL.  C. A. 9th Cir.  Certiorari denied.

No. 92–157.  BERNAL *v.* KOREAN AIR INC.  C. A. 2d Cir.  Certiorari denied.

No. 92–158.  TOWN SOUND & CUSTOM TOPS, INC., ET AL. *v.* CHRYSLER MOTORS CORP.  C. A. 3d Cir.  Certiorari denied.

No. 92–159.  MURPHY *v.* MURPHY.  Super. Ct. Pa.  Certiorari denied.

No. 92–160.  LEE ET UX., INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF LEE, A MINOR *v.* RICHARDSON-MERRELL, INC.  C. A. 6th Cir.  Certiorari denied.

No. 92–161.  LANDANO *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–162.  INTERNATIONAL INSURANCE CO. *v.* BRIDGESTONE/FIRESTONE, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–163.  DILEO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 92–164.  HALL *v.* BETANCOURT LEBRON, SUPERINTENDENT OF POLICE DEPARTMENT OF PUERTO RICO.  C. A. 1st Cir.  Certiorari denied.

No. 92–167.  FOWLER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–170.  BROWN *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT.  C. A. 5th Cir.  Certiorari denied.

No. 92–175.  LOWRY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.